UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00154-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | ORDER TO SEAL |
| : | |
| JUMAANE REMERIUS PUGH : | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 67 be sealed and remain so sealed until further ordered by the Court.

It is FURTHER ORDERED that that copies of Docket Entry Number 67 be disseminated to counsel for the Government and counsel for the Defendant.

IT IS SO ORDERED, this the _2_ day of _February_, 2021.

_____
JAMES C. DEVER III
United States District Judge