IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-154-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER |
| | : | |
| v. | : | |
| | : | |
| JUMAANE REMERIUS PUGH | : | |

The Court having considered Defendant Jumaane Remerius Pugh's motion requesting leave to file his Memorandum in Support of Emergency Motion for Compassionate Release under seal, and good cause having been shown, it is this __2__ day of __February__, 2021 HEREBY ORDERED that the motion is GRANTED. The Clerk is directed to place the Memorandum in Support of Emergency Motion for Compassionate Release under seal.

JAMES C. DEVER III
United States District Judge