IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-154-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JUMAANE REMERIUS PUGH, | ) | |
| Defendant. | ) | |

On February 12, 2021, the court entered a comprehensive order denying defendant's motion for compassionate release. See [D.E. 71]. On August 29, 2022, defendant moved for reconsideration [D.E. 73]. The court DENIES as meritless defendant's motion for reconsideration [D.E. 73].

SO ORDERED. This 30 day of August, 2022.

JAMES C. DEVER III
United States District Judge